IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
|  | CIVIL ACTION NOS. |
| ORGAN | 02-1537 |
| BISHOP | 02-1541 |
| MAYO | 02-1544 |
| PARISI | 02-1556 |
| WAFER | 02-1586 |
| WILLIAMS | 02-1609 |
| SALGADO | 02-1652 |
| BOSTON | 02-1965 |
| FORCIER | 02-1972 |
| PERKINS | 02-1973 |
| READ | 02-2314 |
| WILLIAMS | 02-2334 |
| BADRIGIAN | 02-2380 |
| GAINES | 02-2455 |
| WALCK | 02-2467 |
| SCARDINA | 02-2476 |
| MARCHIN | 02-2529 |
| BOWERY | 02-2531 |
| BEEZLEY | 02-3047 |
| FOSTER | 02-3064 |
| AVILA | 02-3069 |
| SLEDGE | 02-3075 |
| SMITH | 02-3114 |
| HARGROVE | 02-3134 |
| BENDER | 02-3237 |
| VS. |  |
| BAYER CORPORATION, *et al.* |  |

**O R D E R**

**AND NOW,** this           day of May, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[   ]   -   Order staying these proceedings pending disposition of a related action.

|     |     |     |     |
| --- | --- | --- | --- |
| [   ] | - | | Order staying these proceedings pending determination of arbitration proceedings. |
| [   ] | - | | Interlocutory appeal filed. |
| [ X ] | - | | Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>. |

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**Bruce W. Kauffman, Judge**